# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter: Janet Coppock

Date: January 21, 2009
Time: one hour and 16 minutes

## CASE NO. 09-cv-00098-PAB

Parties                                        Counsel

**ROBERT PAUL MAHAN,**                         Pro Se

              Plaintiff (s),

vs.

**ROXY HUBER, Executive Director,**            Without Counsel
**Colorado Department of Revenue,**
**COLORADO DEPT. OF MOTOR**
**VEHICLES,**
**COLORADO STATE PATROL,**
**LOGAN COUNTY SHERIFF'S DEPT.,**
**STERLING COUNTY POLICE DEPT.,**
**CITY OF THORNTON POLICE DEPT.,**
**ADAMS COUNTY SHERIFF'S DEPT.,**
**ROBERT WATSON, 13th Judicial**
**District Attorney,**
**MICHAEL SINGER, Logan County**
**District Attorney, and**
**DON QUICK, 17th Judicial District**
**Attorney, Adams County,**
              Defendant (s).

## HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

**2:12 p.m.     COURT IN SESSION**

**Plaintiff's Motion for Temporary Restraining Order (Doc # 2), filed 1/21/09.**

Discussion regarding attempts Mr. Mahan made to advise the defendants of this hearing.

Court questions Mr. Mahan to better understand what relief he is seeking by this Court and the subject matter of what the plaintiff's witness' testimony would be.

**ORDERED:  Attachment H** is identified and ADMITTED for purposes of these proceedings.

Court states its findings and conclusions.

**ORDERED:**  Plaintiff's Motion for Temporary Restraining Order (Doc # 2), filed 1/21/09 is **DENIED.**

**3:28 p.m.     COURT IN RECESS**

**Total in court time:        76 minutes**

**Hearing concluded**