IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 09-cv-00098-PAB

ROBERT PAUL MAHAN,

    Plaintiff,

v.

ROXY HUBER, Executive Director of the Colorado Department of Revenue,
COLORADO DEPARTMENT OF MOTOR VEHICLES,
COLORADO STATE PATROL,
LOGAN COUNTY SHERIFF'S DEPARTMENT,
STERLING CITY POLICE DEPARTMENT,
CITY OF THORNTON POLICE DEPARTMENT,
ADAMS COUNTY SHERIFF'S DEPARTMENT,
ROBERT WATSON, District Attorney for the Thirteenth Judicial District, Logan County, Colorado,
MICHAEL SINGER, Thirteenth Judicial District Judge,
DON QUICK, District Attorney for the Seventeenth Judicial District, Adams County, Colorado,

    Defendants.

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

This matter comes before the Court on plaintiff Robert Paul Mahan's Motion for Temporary Restraining Order [Docket No. 2]. The Court heard oral argument by plaintiff on the motion on January 21, 2009. The Court's findings and conclusions entered at that hearing are incorporated herein. For the reasons stated in open court, it is

ORDERED that plaintiff Robert Paul Mahan's motion for a temporary restraining

order [Docket No. 2] is DENIED.

DATED January 21, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge