IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER
_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:   Janet Coppock | Date:  September 1, 2009 |

_____

| | |
|---|---|
| Civil Case No.  09-cv-00098-PAB-BNB | Counsel: |
| ROBERT PAUL MAHAN, | *pro se* |
|         Plaintiff,<br>v. | |
| ROXY HUBER, et al., | Andrew Katarikawe<br>Steven Dawes |
|         Defendants. | Marni Nathan Kloster<br>Melanie Lewis |

_____

COURTROOM MINUTES
_____

HEARING - Motion for Temporary Restraining Order

02:33 p.m.    Court in Session

Appearances

Colloquy between the Court and plaintiff.

Mr. Katarikawe has no supplemental argument to the Prehearing Statement of Judge Smith and Judge Cox (Doc No. 66).

Colloquy continued between the Court and plaintiff.

The Court's findings and conclusions entered on the record.

**ORDERED:  Plaintiff's motion, entitled Notice of Application and Ex Parte Application of Defendants for Tempory [sic] Retraining [sic] Order and Order to Show Cause Re: Injuction [sic] Order (Doc No. 61, filed 8/27/09) is DENIED.**

03:06 p.m.    Court in Recess; Hearing concluded; Time: /33