IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00098-PAB-BNB

ROBERT PAUL MAHAN,

    Plaintiff,

v.

ROXY HUBER, Executive Director, Colorado Department of Revenue,
COLORADO DEPT. OF MOTOR VEHICLES,
COLORADO STATE PATROL,
LOGAN COUNTY SHERIFF'S DEPT.,
STERLING COUNTY POLICE DEPT.,
CITY OF THORNTON POLICE DEPT.,
ADAMS COUNTY SHERIFF'S DEPT.,
ROBERT WATSON, 13th Judicial District Attorney,
MICHAEL SINGER, Logan County District Attorney, and
DON QUICK, 17th Judicial District Attorney, Adams County,

    Defendants.

_____

**ORDER**
_____

This matter comes before the Court on the Recommendation of United States Magistrate Judge ("the Recommendation") [Docket No. 86], which recommends that the Court grant the motions to dismiss of defendant Don Quick [Docket No. 20] and defendant Robert Watson [Docket No. 31].  On January 14, 2010, plaintiff filed timely objections [Docket Nos. 92 and 93] to the Recommendation.  Defendant Watson filed a response [Docket No. 99] to the objections.

Plaintiff agrees that defendants Quick and Watson enjoy immunity from suit for retroactive monetary relief. Pl.'s Response to Recommendation [Docket No. 92] at 4. The nature and focus of plaintiff's objections are less clear. *See* Docket Nos. 92, 93. The Court, however, has given him the benefit of the doubt and conducted a *de novo* review of the record and construed the plaintiff's pleadings liberally in light of his status as a *pro se* plaintiff. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972). The Court agrees with the magistrate judge's conclusions.

The magistrate judge also denied defendant Quick's request for attorney's fees, which was included within his motion to dismiss, without prejudice, a non-dispositive ruling to which defendant Quick has not filed an objection. The Court can find no error with the magistrate judge's denial of that request.

Accordingly, it is

**ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 86] is ACCEPTED. It is further

**ORDERED** that defendants' motions [Docket Nos. 20, 31] are GRANTED to the extent they seek dismissal of the claims against defendants Quick and Watson. All claims against Quick and Watson are dismissed. It is further

**ORDERED** that defendant Quick's motion to dismiss [Docket No. 20] is DENIED without prejudice to the extent it seeks an award of attorneys' fees.

DATED March 2, 2010.

                BY THE COURT:

                s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge